IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Smith, William M | Case Number: 07 B 23130 |
| | Judge: Squires, John H |
| Printed: 3/11/08 | Filed: 12/10/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 30, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peoples Energy Corp | Unsecured | 0.00 | 0.00 |
| 2. | Commonwealth Edison | Unsecured | 0.00 | 0.00 |
| 3. | Resurgence Financial LLC | Unsecured | 0.00 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 0.00 | 0.00 |
| 6. | Internal Revenue Service | Priority | | No Claim Filed |
| 7. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 8. | First National Collection Bureau | Unsecured | | No Claim Filed |
| 9. | Liquidebt | Unsecured | | No Claim Filed |
| 10. | Asset Acceptance | Unsecured | | No Claim Filed |
| 11. | MCM | Unsecured | | No Claim Filed |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 13. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 14. | Nicor Gas | Unsecured | | No Claim Filed |
| 15. | AT&T | Unsecured | | No Claim Filed |
| 16. | Chicago Sun Times | Unsecured | | No Claim Filed |
| 17. | City Of Chicago | Unsecured | | No Claim Filed |
| 18. | AT&T | Unsecured | | No Claim Filed |
| 19. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 20. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 21. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 22. | Resurgence Financial LLC | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 0.00 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Smith, William M

Printed:  3/11/08

Case Number:  07 B 23130
Judge:  Squires, John H
Filed:  12/10/07

## TRUSTEE FEE DETAIL

Fee Rate           Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

